No. 702. CARTER ET AL. *v.* BURNETT, TAX COLLECTOR. Appeal from the Supreme Court of Florida. Jurisdictional statement submitted February 12, 1935. Decided March 4, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Toyota* v. *Hawaii,* 226 U. S. 184, 191–192; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537. *Mr. Edwin Brobston* for appellants. No appearance for appellee.

No. —, original. EX PARTE PORESKY. March 4, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Joseph Poresky, pro se.*

No. 13, original. UNITED STATES *v.* OREGON. March 4, 1935. Motion for order appointing a Receiver and motion for leave to file supplemental answer submitted by *Mr. L. A. Liljeqvist* for the defendant with leave to the complainant to reply thereto by Friday next on motion of *Solicitor General Biggs.*

No. —, original. EX PARTE KENNER. March 11, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Hiddleston Kenner, pro se.*